Dismissed and Memorandum Opinion filed April 27, 2006









Dismissed and Memorandum Opinion filed April 27, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00064-CR

NO.
14-06-00065-CR

____________

 

HERMILO
BADILLO, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
337th District Court

Harris County,
Texas

Trial Court Cause Nos. 1032109
& 1032110

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to indecency with a child and
sexual assault of a child. In accordance with the terms of plea bargain
agreements with the State, the trial court sentenced appellant in both cases on
December 29, 2005, to confinement for two years in the Institutional Division
of the Texas Department of Criminal Justice, with the sentences to be served
concurrently.  Appellant filed a pro se
notice of appeal of both convictions.  We
dismiss the appeals.  








In both cases, the trial court entered a certification of the
defendant=s right to appeal in which the court
certified that each is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).  The records support the trial court=s certifications.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 27, 2006.

Panel consists of Chief Justice
Hedges and Justices Yates and Guzman. 

Do Not Publish C Tex. R. App. P.
47.2(b).